**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MAL KIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br><br>        Plaintiff,<br><br>    vs.<br><br>MELROSE ASSOCIATES, INC.; DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:20-cv-06733-JFW-JEM**<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that MAL KIM ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the Court to dismiss the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) which provides in relevant part:

(a) **Voluntary Dismissal.**

> (2)    *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be

**REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**

dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Accordingly, Plaintiff requests that this matter be dismissed without prejudice by the Court with the Court.

DATED: March 10, 2021   SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
 Jason J. Kim, Esq.
 Attorneys for Plaintiff

**REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**